# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL STICKLER,
               Appellant,
vs.
PAUL GADEMSKY; AND SIERRA
NETWORK SOLUTIONS,
               Respondents.

No. 71447

FILED

OCT 19 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal after an order denying a motion for reconsideration from an order granting in part and denying in part respondents' motion for judgment on the pleadings. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The following claims remain pending below: appellant's claims for defamation, intentional infliction of emotional distress, and for punitive damages. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

                  _____, C.J.
                  Parraguirre

_____, J.        _____, J.
Hardesty                  Pickering

16-32738

cc: Hon. Lynne K. Simons, District Judge
Michael Stickler
Keith J. Tierney
Washoe District Court Clerk